

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00006-CR

| | | |
|---|---|---|
| Ex parte | § | From the 396th District Court |
| Raphael John Donato | § | of Tarrant County |
| | § | (C-396-010452-1190374-AP) |
| | § | February 18, 2016 |
| | § | Opinion by Justice Dauphinot |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot